UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE POTTER, et al.

    Plaintiffs,

v.

WILMINGTON SAVINGS FUND
SOCIETY FSB, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cv-446

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) and (b)(5)(i) from further involvement in this case due to a conflict. The Clerk's Office shall reassign this case to another district judge in accordance with the approved procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.

Date:  April 29, 2015

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge